# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

**RONNIE RHYMES**

**-vs-**

**CLOVIS TILLERY, WARDEN**
**RICHWOOD CORRECTIONAL CENTER**

**CIVIL ACTION NO. 05–0931**

**JUDGE LITTLE**

## JUDGMENT

Before the court is a report and recommendation of the magistrate suggesting that the petition for writ of habeas corpus filed by pro se plaintiff Ronnie Rhymes ("Rhymes") pursuant to 28 U.S.C. § 2254 be denied and dismissed with prejudice. Rhymes has not timely filed an objection to the magistrate's report.[1] After full record review, the court adopts the reasoning and conclusion of the magistrate. Rhymes's petition is DENIED AND DISMISSED WITH PREJUDICE.

Alexandria, Louisiana

18 January 2006

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] If there are no specific objections to the magistrate's report and recommendation, the district court is to review it for findings and conclusions that are either clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1); LR 74.1W(B); United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). The district court is not required to reiterate the findings and conclusions of the magistrate if found to be correct. See Warren v. Miles, 230 F.3d 688, 694-95 (5th Cir. 2000); Koetting v. Thompson, 995 F.2d 37, 40 (5th Cir. 1993).